MDR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tavon Barber, | No.    CV-25-00086-TUC-AMM |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

Plaintiff Tavon Barber, who is represented by counsel, filed a Complaint pursuant to the Federal Tort Claims Act and paid the filing and administrative fees. (Doc. 1.) The Court will order Defendant to answer the Complaint.

///
///
///
///
///
///
///
///
///
///
///
///

TERMPSREF

**IT IS ORDERED:**

    (1)     Plaintiff must serve Defendant.

    (2)     If Plaintiff does not complete service of the Summons and Complaint on Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed. Fed. R. Civ. P. 4(m).

    (3)     Defendant must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

    (4)     This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

    Dated this 4th day of March, 2025.

_____
Honorable Angela M. Martinez
United States District Judge