ADAM GORDON
United States Attorney
Southern District of California

STEPHANIE A. SOTOMAYOR
Assistant United States Attorney
Illinois State Bar No. 6325877
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9590
Stephanie.Sotomayor@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TAVON BARBER, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | No. 25-cv-00086-AMM-PSOT <br><br> **UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** <br> **(First Request)** |

Defendant United States of America, through counsel and pursuant to Fed. R. Civ. P. 6(b) and LRCiv 7.3, seeks an order extending the deadline to file a responsive pleading in this case. In support of this request, Defendant states as follows:

1. Plaintiff Tavon Barber filed this lawsuit on February 19, 2025 and served a copy on the U.S. Attorney General on April 8, 2025. Pursuant to Fed. R. Civ. P. 12(a)(2), the responsive pleading deadline is calendared 60 days from the date of service on the U.S. Attorney's Office. Therefore, Defendant's responsive pleading deadline is June 9, 2025.

2. Plaintiff brings this action asserting claims under the Federal Tort Claims Act for injuries allegedly sustained while detained at the United States Penitentiary – Tucson.

3. Due to a conflict, the United States Attorney's Office for the District of Arizona recused itself from this matter. As such, the case was assigned to the United States Attorney's Office for the Southern District of California.

4. The undersigned was assigned to represent the Defendant in this case, and was required to be appointed as Special Attorney in order to appear on behalf of the government in the District of Arizona. This process was completed on June 3, 2025.

5. Following her Special Attorney appointment, the undersigned registered for electronic filing to the Arizona District Court CM/ECF system on June 3, 2025.

6. Given the foregoing, Defendant seeks to extend the responsive pleading deadline by sixty (60) days to allow the agency time to gather records pertaining to Plaintiff's allegations, and to allow the undersigned to review those records and prepare responsive pleadings.

7. This is the first request for an extension of the responsive pleading deadline in this matter.

8. Undersigned counsel conferred with Plaintiff's counsel who does not object and will not oppose Defendant's requested extension.

9. Undersigned counsel certifies that the sought extension would not cause any undue delay and is not sought for any other improper purpose.

For all the foregoing reasons, Defendant respectfully requests that the Court enter an order extending the deadline for its responsive pleading by sixty (60) days, or to and including August 8, 2025.

Respectfully submitted this 5th day of June, 2025.

ADAM GORDON
United States Attorney
Southern District of California

*s/Stephanie A. Sotomayor*
STEPHANIE A. SOTOMAYOR
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Stephen H. Weil**
Romanucci & Blandin, LLC
321 N. Clark St., Ste. 900
Chicago, IL 60654
312-253-1000
Email: sweil@rblaw.net
*Attorney for Plaintiff*


*s/ Stephanie A. Sotomayor*
United States Attorney's Office