1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| TAVON BARBER, | No. 25-cv-00086-AMM-PSOT |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Having reviewed United States of America's Motion to Extend Responsive Pleading Deadline (First Request), and good cause appearing,

    IT IS ORDERED granting the Motion and extending Defendant's responsive pleading deadline by sixty (60) days, or to and including August 8, 2025.