IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tavon Barber,<br><br>         Plaintiff,<br><br>v.<br><br>United States of America,<br><br>         Defendant. | No. CV-25-00086-TUC-AMM<br><br>**ORDER** |

Pending before the Court is Defendant United States of America's first Unopposed Motion to Extend the Responsive Pleading Deadline. (Doc. 8.) Defendant seeks to extend the deadline to file a response to Plaintiff's Complaint by sixty (60) days because the matter was recently reassigned to the United States Attorney's Office for the Southern District of California. (*Id.* at 2.) Plaintiff does not object to the motion. (*Id.*) Having considered the motion, and good cause appearing,

**IT IS ORDERED** that Defendant's Unopposed Motion to Extend the Responsive Pleading Deadline is **GRANTED**. (Doc. 8.)

**IT IS FURTHER ORDERED** that Defendant shall have up to and including **August 8, 2025** to file its response to Plaintiff's Complaint.

Dated this 5th day of June, 2025.

Honorable Angela M. Martinez
United States District Judge