ADAM GORDON
United States Attorney
Southern District of California

GLEN F. DORGAN, CA Bar No. 160502
STEPHANIE A. SOTOMAYOR, IL Bar No. 6325877
LISA M. HEMANN, AZ Bar No. 024703
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-7665/9590/6964
Glen.Dorgan@usdoj.gov
Stephanie.Sotomayor@usdoj.gov
Lisa.Hemann@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Tavon Barber,

Plaintiff,

v.

United States of America, et al.,

Defendants.

Case No. 4:25-cv-00086-TUC-AMM

**UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR INDIVIDUAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS (First Request)**

Defendant United States of America, through counsel and pursuant to Fed. R. Civ. P. 6(b) and LRCiv 7.3, seeks an order extending the deadline for to file a responsive pleading in this case. In support of this request, Federal Defendants state as follows:

1. Plaintiff Tavon Barber filed his Omnibus First Amended Complaint on May 13, 2026 at which time he added three additional individual Defendants: Daniel Potter, Joseph Quesada, and James Pelton. These three individuals are sued in their individual capacities in connection with claims brought pursuant to *Bivens v. Six Unknown Federal Agents*, 403 U.S. 388 (1971), for alleged violation of Plaintiff's Eighth Amendment Rights.

2. Defendant Potter was served on August 3, 2026. Pursuant to Fed. R. Civ. P. 12(a)(3), his responsive pleading deadline is Friday, October 2, 2026.

3. Defendant Quesada was served on August 2, 2026. Pursuant to Fed. R. Civ. P. 12(a)(3), his responsive pleading deadline is Thursday, October 1, 2026.

4. Defendant Pelton was served on August 4, 2026. Pursuant to Fed. R. Civ. P. 12(a)(3) and Fed. R. Civ. P. 6(a)(1)(C), his responsive pleading deadline is Monday, October 5, 2026.

5. Representation of federal employees and officers sued in their individual capacities for constitutional violations may be provided by the United States Attorney's Office when requested by the employee and authorized by the Department of Justice's Civil Division, Constitutional and Specialized Torts Section, in Washington, D.C. *See generally* 28 C.F.R. § 50.15. The procedure to obtain representation authority includes a written request by the individually named defendant, a determination by the employee's agency regarding whether representation is appropriate, and a determination by the Department of Justice as to whether representation is appropriate. *Id.* §§ 50.15(a)(1)–(2). During the period when a request for representation is pending, United States Attorneys have automatic authority to seek extensions of time for the defendant employee to respond to the complaint to preserve the status quo. *See* Justice Manual 4-5.410, 4-5.412, *available at* https://www.justice.gov/jm/jm-4-5000-tort-litigation.

6. The Constitutional Tort staff is currently reviewing individual-capacity representation requests from all three of the newly added individual Defendants (Potter, Quesada, and Pelton), but requires additional time to complete their analysis and determination and has therefore requested that the government seek an extension allowing these Defendants an additional 30 days to file their responsive pleadings. As such, the United States requests that the Court issue an order granting Defendants Potter, Quesada, and Pelton, an additional 30 days to file their respective responsive pleadings.

7. Undersigned counsel has conferred with Plaintiff's counsel who indicated he would not object or oppose the request sought by the United States.

8. This is the first request for an extension of the responsive pleading deadline for Defendants Potter, Quesada, and Pelton in this matter.

For all the foregoing reasons, the United States respectfully request that the Court enter an order extending the deadlines for Defendants Potter, Quesada, and Pelton by thirty (30) days, or to and including November 2, 2026.

Respectfully submitted this 25th day of September, 2026.

ADAM GORDON
United States Attorney

*s/ Lisa M. Hemann*
LISA M. HEMANN
GLEN F. DORGAN
STEPHANIE A. SOTOMAYOR
Special Assistant United States Attorneys
Acting Under Authority Conferred by 28 U.S.C. § 515
Attorneys for Defendants United States and Jaclyn Avilez